# IN THE SUPREME COURT OF THE STATE OF NEVADA

IRENA PIMKOVA,
                    Appellant,
        vs.
CRAIG A. BUSCH,
                    Respondent.

No. 70161

**FILED**

AUG 09 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

On April 25, 2016, this court issued a notice to appellant regarding the applicable deadlines for filing in this appeal. That notice included the direction to file, within 15 days, a transcript request form or certificate that no transcripts would be requested, and, within 20 days, a docketing statement that complies with NRAP 14. Appellant failed to file the documents. On June 6, 2016, we entered an order directing appellant to file the required documents within 11 days. We cautioned appellant that failure to timely file any of the documents may result in dismissal of the appeal. To date, appellant has failed to file either the transcript request form or certificate of no transcript request or the docketing

16-24684

statement. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Hon. Timothy C. Williams, District Judge
Irena Pimkova
Pyatt Silvestri
Eighth District Court Clerk

---

[1]We deny as moot respondent's motion to dismiss the appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A